**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) CASE NO. 07-CR-30024 |
| | ) |
| **LEAMON A. HATFIELD,** | ) |
| | ) |
| **Defendant.** | ) |

## AMENDED ORDER

**REAGAN, District Judge:**

The Court hereby **AMENDS** its May 9, 2007 Order denying Hatfield's restitution request (Doc. 147) as follows.

The Order at Doc. 147 incorrectly stated that the full amount of restitution is $235,397.09. In fact, the correct amount of restitution is $257,232.71. The Court's prior Order is hereby amended to reflect that Hatfield shall pay restitution **in the full amount of $257,232.71.**

**IT IS SO ORDERED.**

**DATED this 9th day of May 2008.**

                                          **s/ Michael J. Reagan**
                                          **MICHAEL J. REAGAN
United States District Judge**